# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEOVANI LIZAMA-ESTEVEZ,

    Plaintiff,

vs.

JAMES RIVER INSURANCE CO.,

    Defendant.

Case No. 2:20-cv-00308-KJD-BNW

**ORDER**

In reviewing the docket in this case, it has come to the Court's attention that the parties have not filed a proposed discovery plan and scheduling order. The parties' proposed discovery plan and scheduling order was due on 4/11/2020. (*See* ECF No. 5.)

IT IS THEREFORE ORDERED that by May 6, 2020, the parties must meet and confer and file a proposed discovery plan and scheduling order.

DATED: April 21, 2020

_____
**Brenda Weksler**
**United States Magistrate Judge**