LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEOVANI LIZAMA-ESTEVEZ, individually, | Case No. 2:20-cv-00308-KJD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CHECK HEARING** |
| vs. | |
| JAMES RIVER INSURNACE COMPANY, an entity licensed to do business in the State of Nevada; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

Plaintiff, Geovani Lizama-Estevez, by and through his attorneys of record, George T. Bochanis, Esq. and Eunice M. Beattie, Esq. of George T. Bochanis, LTD, and Defendant, James River Insurance Company by and through its attorneys of record, Lucian J. Greco, Jr, Esq., Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown and O'Meara, LLP, for good cause, hereby stipulate and agree and ask the Court to continue the Status Check Hearing currently

set for June 10, 2021 at 2:00 p.m. as parties have a mediation scheduled for June 10, 2021.

| | |
|---|---|
| Dated this 4th day of June 2021 | Dated this 4th day of June 2021 |
| GEORGE T. BOCHANIS, LTD | BREMER WHYTE BROWN & O'MEARA, LLP |
| By: /s/ George T. Bochanis<br>George T. Bochanis, Esq.<br>Nevada Bar No. 12262<br>Eunice M. Beattie, Esq<br>Nevada Bar No. 10382<br>*Attorney for Plaintiff,*<br>*Geovani Lizama-Estevez* | By: /s/ Deleela M. Weinerman<br>Lucian J. Greco, Jr, Esq.<br>Nevada Bar No. 10600<br>Jared G. Christensen, Esq.<br>Nevada Bar No. 11538<br>Deleela M. Weinerman, Esq.<br>Nevada Bar No. 13985<br>*Attorneys for Defendant,*<br>*James River Insurance Company* |

## ORDER

On the basis of good cause, IT IS ORDERED that the parties' stipulation (ECF No. 25) is GRANTED in part and DENIED in part. IT IS ORDERED that the June 10, 2021 status check is VACATED. IT IS FURTHER ORDERED that a joint status report concerning the result of the mediation is due on June 15, 2021. Based on the parties' status report, the Court may reschedule the June 10 status conference.

**IT IS SO ORDERED**

**DATED:** 10:39 am, June 08, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1256.229  4833-9873-1245.1