1  LUCIAN J. GRECO, JR., ESQ.
   Nevada State Bar No. 10600
2  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
3  DELEELA M. WEINERMAN, ESQ.
   Nevada State Bar No. 13985
4  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
5  SUITE 250
   LAS VEGAS, NV 89144
6  TELEPHONE: (702) 258-6665
   FACSIMILE: (702) 258-6662
7  lgreco@bremerwhyte.com
   jchristensen@bremerwhyte.com
8  dweinerman@bremerwhyte.com

9  Attorneys for Defendant,
   JAMES RIVER INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEOVANI LIZAMA-ESTEVEZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURNACE COMPANY, an entity licensed to do business in the State of Nevada; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00308-KJD-BNW<br><br>**JOINT STATUS REPORT REGARDING MEDIATION** |

Plaintiff, Geovani Lizama-Estevez, by and through his attorneys of record, George T. Bochanis, Esq. and Eunice M. Beattie, Esq. of George T. Bochanis, LTD, and Defendant, James River Insurance Company by and through its attorneys of record, Lucian J. Greco, Jr, Esq., Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown and O'Meara, LLP, hereby respectfully submit their Joint Status Report pursuant to this Court's June 8, 2021 Order as follows:

The parties attended mediation on June 10, 2021. The parties were unable to reach an agreement that day. However, Plaintiff made a demand at mediation which is to remain open until Monday June 21, 2021.

| Dated this _ day of June 2021 | Dated this 15th day of June 2021 |
|---|---|
| GEORGE T. BOCHANIS, LTD | BREMER WHYTE BROWN & O'MEARA, LLP |
| By: /s/ George T. Bochanis<br>George T. Bochanis, Esq.<br>Nevada Bar No. 12262<br>Eunice M. Beattie, Esq<br>Nevada Bar No. 10382<br>*Attorney for Plaintiff,*<br>*Geovani Lizama-Estevez* | By: /s/ Deleela M. Weinerman<br>Lucian J. Greco, Jr, Esq.<br>Nevada Bar No. 10600<br>Jared G. Christensen, Esq.<br>Nevada Bar No. 11538<br>Deleela M. Weinerman, Esq.<br>Nevada Bar No. 13985<br>*Attorneys for Defendant,*<br>*James River Insurance Company* |

The **JOINT STATUS REPORT REGARDING MEDIATION** in 22:20-cv-00308-KJD-BNW was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Deleela M. Weinerman, Esq.
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

### Order

Based on the parties' joint status report, IT IS ORDERED that by 6/25/2021, the parties must file a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 5:43 pm, June 21, 2021

**BRENDA WEKSLER**
UNITED STATES MAGISTRATE JUDGE