LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEOVANI LIZAMA-ESTEVEZ, individually, | Case No. 2:20-cv-00308-KJD-BNW |
| Plaintiff, | **JOINT STATUS REPORT REGARDING SETTLEMENT** |
| vs. | |
| JAMES RIVER INSURNACE COMPANY, an entity licensed to do business in the State of Nevada; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

Plaintiff, Geovani Lizama-Estevez, by and through his attorneys of record, George T. Bochanis, Esq. and Eunice M. Beattie, Esq. of George T. Bochanis, LTD, and Defendant, James River Insurance Company by and through its attorneys of record, Lucian J. Greco, Jr, Esq., Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown and O'Meara, LLP, hereby respectfully submit their Joint Status Report Regarding Settlement pursuant to this Court's June 22, 2021 Order as follows:

The parties have reached a settlement in this matter and are in the process of finalizing and exchanging settlement documents. Once the documents have been exchanged, the parties will file a Stipulation and Order to Dismiss.

| Dated this 22nd day of June 2021 | Dated this 23rd day of June 2021 |
|---|---|
| GEORGE T. BOCHANIS, LTD | BREMER WHYTE BROWN & O'MEARA, LLP |
| By: /s/ George T. Bochanis <br> George T. Bochanis, Esq. <br> Nevada Bar No. 12262 <br> Eunice M. Beattie, Esq <br> Nevada Bar No. 10382 <br> *Attorney for Plaintiff,* <br> *Geovani Lizama-Estevez* | By: /s/ Deleela M. Weinerman <br> Lucian J. Greco, Jr, Esq. <br> Nevada Bar No. 10600 <br> Jared G. Christensen, Esq. <br> Nevada Bar No. 11538 <br> Deleela M. Weinerman, Esq. <br> Nevada Bar No. 13985 <br> *Attorneys for Defendant,* <br> *James River Insurance Company* |

The **JOINT STATUS REPORT REGARDING SETTLEMENT** in 22:20-cv-00308-KJD-BNW was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Deleela M. Weinerman, Esq.
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

### Order

Based on the parties' joint status report (ECF No. 29), IT IS ORDERED that by 7/30/2021 the parties must file dismissal documents or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 6:22 pm, June 24, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

1256.229 4827-0180-2991.1